IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAREON PARIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-337-WKW |
| | ) | [WO] |
| WARDEN WALTER WOODS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 26, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 31.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 31) is ADOPTED.

(2) This action is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and prosecute this action.

A separate final judgment will be entered.

DONE this 16th day of October, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE